473 A.2d 692

Commonwealth v. Hoff, Jr., Appellant.

Petition for Allowance of Appeal
Denied Sept. 25, 1984.

634

■ Submitted February 3, 1984. Harry V. Klein, Jr., for appellant; Thomas E. Boop, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Order of November 12, 1982 is affirmed.